**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**

| | |
|---|---|
| IN RE:   Charles R Brewer<br>Debtor | Case Number:   13-30121 |

## ORDER CONFIRMING THE FIRST
## AMENDED PLAN FILED ON 4/9/2013

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

| | |
|---|---|
| Charles R Brewer<br>205 NOTCH LAKE ROAD<br>Carrollton, KY  41008 | HIRSCH, TRACY L.<br>% KRUGER & SCHWARTZ<br>3339 TAYLORSVILLE ROAD<br>LOUISVILLE , KY  40205-3101 |
| MANLEY DEAS KOCHALSKI LLC<br>P O BOX 165028<br>COLUMBUS, OH  43216-5028 | MANLEY DEAS KOCHALSKI LLC<br>P O BOX 165028<br>COLUMBUS, OH  43216-5028 |
| GE CAPITAL RETAIL BANK<br>% RECOVERY MANAGEMENT<br>SYSTEMS CORP<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL  33131 | CAPITAL ONE, NA<br>% BASS & ASSOCIATES, PC<br>3936 E FORT LOWELL RD, STE 200<br>TUCSON, AZ  85712 |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
***The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.***



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, May 02, 2013**
(grs)